# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   MICHELLE VOLK, )<br>)<br>           Plaintiffs, )<br>)<br>v.                                                       )<br>)<br>1.   DAVID STANLEY )<br>        CHEVROLET, INC., )<br>)<br>           Defendants. ) | Case No.: CIV-17-265-SLP |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF MAY, 2018.**

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
HAMMONS, GOWENS, HURST
   & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: mark@hammonslaw.com
          amber@hammonslaw.com

      and

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA # 22145
Rawls Gahlot PLLC
2404 S. Broadway
Moore, Ok 73160
Telephone: 405-912-3225
*Counsel for Plaintiff*

s/Jeffrey C. Hendrickson
Malinda S. Matlock, OBA #14108
Jeffrey C. Hendrickson, OBA #32798
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: mmatlock@piercecouch.com
          jhendrickson@piercecouch.com
*Attorneys for Defendant*